REPUBLIC INSURANCE COMPANY *v.* PAT DINARDO
AUTO SALES, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 41 Conn. App. 686 (AC 14562), is denied.

*Heidi Clark,* in support of the petition.

*Steven A. Levy,* in opposition.

Decided September 18, 1996

STATE OF CONNECTICUT *v.* ABARA ROSE

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 701 (AC 13394), is denied.

*William A. Lichtenfels,* in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided September 18, 1996

PATRICIA BURNS *v.* ROGER J. BURNS

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 716 (AC 13490), is denied.

*William H. Narwold* and *Charles D. Ray,* in support of the petition.

*Kathleen A. Hogan,* in opposition.

Decided September 18, 1996